IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-00007-FL

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE
)
KEVIN TYRONE EURE )

Now comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted, this 15th day of January, 2026.

W. ELLIS BOYLE
United States Attorney

BY: */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4874
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736

## CERTIFICATE OF SERVICE

This is to certify that I have this 15th day of January 2026, served a copy of the foregoing Government's Notice of Substitution upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Scott L. Wilkinson
Scott L. Wilkinson & Associates, P.C.
2802 Anderson Drive, Suite 101
Raleigh, NC 27608-1506
919-614-4944
Email: swilkinson1@nc.rr.com

BY: */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4874
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736